**Motion Granted, Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed April 30, 2024.**



In The

# Fourteenth Court of Appeals

### NO. 14-23-00452-CV

### BEATRICE BUSHEE, Appellant

### V.

### MARIA RAMOS, Appellee

### On Appeal from the 80th District Court
### Harris County, Texas
### Trial Court Cause No. 2018-66757

## MEMORANDUM OPINION

This appeal is from a judgment signed March 28, 2023. On April 22, 2024, the parties filed an agreed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a). The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.